

# NUMBER 13-22-00565-CR

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI – EDINBURG

RAYMOND GERALD MCBRIDE,                                                    Appellant,

v.

THE STATE OF TEXAS,                                                        Appellee.

## On appeal from the 24th District Court
## of Victoria County, Texas.

## MEMORANDUM OPINION

### Before Justices Benavides, Longoria, and Tijerina
### Memorandum Opinion by Justice Benavides

Appellant, Raymond Gerald McBride, perfected this appeal from a judgment of conviction entered by the 24th District Court of Victoria County, Texas in trial court cause number 21-07-33060-A. Appellee has now filed a motion to permanently abate the appeal, based on the death of appellant, Raymond Gerald McBride. According to the

motion, appellant died on January 31, 2023, after appeal was perfected, but before this Court issued its mandate. *See* T<small>EX</small>. R. A<small>PP</small>. P. 7.1(a)(2).

We grant appellee's motion, and, in accordance with Texas Rule of Appellate Procedure 7.1(a)(2), we hereby order the appeal permanently abated.

GINA M. BENAVIDES
Justice

Do not publish.
T<small>EX</small>. R. A<small>PP</small>. P. 47.2(b).

Delivered and filed on the
30th day of March, 2023.